# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4675
MY EMAIL ADDRESS IS: ADAM.GUTTELL@JACKSONLEWIS.COM

November 4, 2020

**VIA ECF**

Honorable Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Angel Rodriguez v. Publishers Clearing House LLC*
Case No.: 20-cv-3120-MKB-CRL

Dear Judge Brodie:

We represent Defendant, Publishers Clearing House LLC, in connection with the above referenced matter. We write with consent of Plaintiff's counsel to notify the Court that the parties have settled this matter and respectfully request that all dates be adjourned *sine die*. The Parties are in the process of finalizing settlement documents and expect to file a stipulation of discontinuance with the Court within forty-five (45) days.

Respectfully submitted,

JACKSON LEWIS P.C.

S/*Adam G. Guttell*

Adam G. Guttell

cc: All counsel of record (via ECF)

4837-0856-0336, v. 1